UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 17-cr-0290 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE** |
| Evan Kasadine McMillan, | |
| Defendant. | |

---

This matter is before the Court on Defendant Evan Kasadine McMillan's motions to appoint counsel for the purpose of seeking a sentencing reduction. (Dkts. 71, 74.) The Court has determined that McMillan is financially unable to employ counsel and that it is in the interest of justice that counsel be appointed pursuant to 18 U.S.C. § 3006A.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant Evan Kasadine McMillan's motions to appoint counsel, (Dkts. 71, 74), are **GRANTED**.

2. Dulce Foster, a member of the Criminal Justice Act Conflicts Panel for the District of Minnesota, is appointed pursuant to 18 U.S.C. § 3006A.

3. Defendant Evan Kasadine McMillan shall file a proposed briefing schedule as to his anticipated compassionate-release motion no later than January 29, 2021.

Dated:  January 25, 2021            s/Wilhelmina M. Wright
                                    Wilhelmina M. Wright
                                    United States District Judge